■ In the Matter of MARVA BURKE, Petitioner, v ANTONIA C. NOVELLO, M.D., as Health Commissioner of the State of New York, et al., Respondents. [723 NYS2d 659] —Determination of respondent State Department of Health, dated October 13, 1999, finding that petitioner nurse assistant abused, mistreated or neglected three nursing home residents, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Harold Tompkins, J.], entered March 10, 2000), dismissed, without costs.

The determination, largely one of credibility, is supported by the evidence. We have considered and rejected petitioner's argument that the Administrative Law Judge, whose findings were adopted by respondent, applied an incorrect substantial evidence, rather than the correct preponderance of the evidence, standard of proof. Concur—Williams, J. P., Tom, Wallach, Buckley and Friedman, JJ.

■ JUANITA MATOS, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [723 NYS2d 659] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered on or about December 3, 1999, which, insofar as appealed from, denied defendant's motion to compel plaintiff to submit to a continued physical examination, unanimously affirmed, without costs.

The motion court did not improvidently exercise its discretion in denying the relief sought by defendant in view of its extended delays in complying with a prior preliminary conference order. Concur—Williams, J. P., Tom, Wallach, Buckley and Friedman, JJ.